UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DOSS-CLARK,

    Plaintiff,

v.   Case No: 8:06-cv-1760-T-23MAP

BABIES AND BEYOND PEDIATRICS, P.A.,

    Defendant.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), an October 26, 2006, order (Doc. 7) referred the plaintiff's motion (Doc. 12) for default judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's April 4, 2007, report and recommendation (Doc. 16), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation is **ADOPTED** and the plaintiff's motion for default judgment is **GRANTED**. The Clerk shall (1) enter final default judgment in favor of the plaintiff and against the defendant in the amount of $133,517.12, (2) award plaintiff attorney fees in the amount of $21,789.50, (3) terminate any pending motion, and (4) close the case.

ORDERED in Tampa, Florida, on May 31, 2007.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE