UNITED STATES DISTRICT COURT
FOR THE MIDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DOSS-CLARK

        Plaintiff,

v.                                                  Case No.: 8:06-cv-1760-T-23MAP

BABIES AND BEYOND PEDIATRICS, P.A.
A Florida corporation,

        Defendant.

_____/

DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS TO ENFORCE
JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

COMES NOW, the Defendant, Babies and Beyond Pediatrics, P.A., by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 62(b), and file its Motion for Stay of Proceedings to Enforce Judgment and Incorporated Memorandum of Law, and as grounds in support thereof states the following:

1. On May 31, 2007, the Court entered an Order adopting the Magistrate Judge's report and recommendation approving the Plaintiff's motion for default and on May 31, 2007, a Final Default Judgment was entered against the Defendant. The Defendant never received a copy of the Default Judgment, the Order approving it or the Magistrate Judge's report and recommendation.

2. The amount of the Default Judgment is One Hundred and Fifty-Five Thousand, Three Hundred Dollars and Sixty-Two Cents ($155,306.62), plus interest.

3. Simultaneously with the filing of this Motion, the Defendant has filed a Motion for Relief from Judgment, through which it is seeking to vacate the Final Default Judgment on the grounds of excusable neglect. As noted above, and as more fully set forth in the Motion for Relief from Final Judgment, the Defendant never actually received the Summons and Complaint served on its Registered Agent and had no notice of this lawsuit and the entry of the Final Default Judgment until the end of July 2007, approximately two months after the judgment had been entered.

4. The Defendant has diligently moved to vacate the Final Default Judgment and will suffer great prejudice if a stay of enforcement is not granted, based on the substantial amount of the judgment.

5. The Plaintiff began enforcement of and execution on the Default Judgment on July 20, 2007, when it served a Subpoena Duces Tecum upon Defendant, commanding Dr. Bain to appear for a deposition at 10:00 a.m. on August 29, 2007 pursuant to that Subpoena. The Plaintiff also has served a Writ of Garnishment upon Suntrust Bank, regarding a commercial bank account maintained by Babies and Beyond Pediatrics, P.A. On August 3, 2007, the Clerk of this Court issued a Writ of Execution commanding the United States Marshall to levy upon a 2006 Dodge Durango.

6. Pursuant to Fed. R. Civ. P. 62(b), this Court has the discretion to stay the execution of any proceedings to enforce a judgment pending

disposition of a motion for relief from a judgment made pursuant to Fed. R. Civ. P. 60.

WHEREFORE, based upon the foregoing, the Defendant, by and through its undersigned attorneys, respectfully requests that the Court enter an Order staying any proceedings to enforce the Default Judgment entered in this cause pending resolution of the Defendant's Motion for Relief from Judgment and granting any further relief that the Court deems necessary.

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS TO ENFORCE JUDGMENT

Pursuant to Fed. R. Civ. P. 62(b), this Court has the discretion to stay the execution of any proceedings to enforce a judgment pending disposition of a motion for relief from a judgment made pursuant to Fed. R. Civ. P. 60. *Frankel v. ICD Holdings S.A.,* 168 F.R.D. 19, 21 (S.D. N.Y. 1996).

In the instant cause, the Defendant has diligently moved to vacate the Final Default Judgment and has demonstrated excusable neglect, a meritorious defense and the prejudice it will suffer upon enforcement of the rather sizeable judgment. Thus, the Court should exercise the wide discretion provided by Rule 62 and issue a stay of enforcement proceedings in this cause.

### CONCLUSION

WHEREFORE, based upon the foregoing, the Defendant, by and through its undersigned attorneys, respectfully requests that the Court enter an Order staying any proceedings to enforce the Default Judgment entered in this cause pending resolution of

the Defendant's Motion for Relief from Judgment and granting any further relief that the Court deems necessary.

\s Nicholas L. Ottaviano
Nicholas L. Ottaviano
Fla. Bar No.: 0798738
E-mail: nlogator@verizon.net
Randall J. Love
Fla. Bar No. 0000380
E mail: mmjlove@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this Motion has been electronically filed with the Court using the CM/ECF system and that a true and correct copy of the foregoing has been furnished to Neil C. Spector, Esquire, Kass, Shuler, Solomon, Spector, Foyle & Singer, P.A., P.O. Box 800, Tampa, FL 33601-0800, facsimile (813) 769-7574 and Gregg Gerlach, Esquire, Harper Gerlach, PL, 4110 Southpoint Boulevard, Suite 228, Jacksonville, FL 32216, facsimile (904) 296-7303 on this 17 day of August, 2007.

s\ Nicholas L. Ottaviano
Nicholas L. Ottaviano
Fla. Bar No.: 0798738
E-mail: nlogator@verizon.net
Randall J. Love
Fla. Bar No. 0000380
E mail: mmjlove@aol.com
Randall J. Love & Associates, P.A.
10816 U.S. 19 N., Ste. 110
Port Richey, FL 34668
(727) 861-7001 (Telephone)
(727) 863-0543 (Facsimile)
Attorneys for Defendant