UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DOSS-CLARK,

    Plaintiff,

v.                                      CASE NO: 8:06-cv-1760-T-23MAP

BABIES AND BEYOND PEDIATRICS, P.A.,

    Defendant,

_____/

## ORDER

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the defendant's motion for

relief from judgment (Doc. 27) and motion for a stay of proceedings to enforce judgment

(Doc. 28) were referred to the United States Magistrate Judge for a report and

recommendation.  Following the Magistrate Judge's October 5, 2007, report and

recommendation (Doc 40), no party objects to the report and the time for filing

objections has expired.  Accordingly, the Magistrate Judge's report and

recommendation (Doc. 40) is **ADOPTED**, and the defendant's motion for relief from

judgment (Doc. 27) and motion for a stay of proceedings to enforce judgment (Doc. 28)

are **DENIED**.

    ORDERED in Tampa, Florida, on November 2, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE